**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SOUTHEASTERN REPROGRAPHICS, INC., NOW KNOWN AS THE DAVEY RESOURCE GROUP, | : | No. 437 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, THE STATE REGISTRATION BOARD FOR PROFESSIONAL ENGINEERS, LAND SURVEYORS AND GEOLOGISTS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.